**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| **ALBERTUS CONNER, JR.** | **CIVIL ACTION NO. 17-cv-0837** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SHREVEPORT CITY PROSECUTOR** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the Complaint, [Doc. No. 1], filed by Plaintiff Albertus Conner, Jr. is hereby dismissed with prejudice as frivolous and for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the Clerk of Court is hereby ordered to decline to file any civil complaint submitted by Albertus Conner, Jr. unless the complaint has been presented first to a district judge of this Court and the judge has specifically authorized in writing that the complaint may be filed. **IT IS FURTHER ORDERED** that any motion to proceed in forma pauperis that accompanies such a complaint be referred to a district judge for action.

MONROE, LOUISIANA, this 14th day of August, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE